IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES C. JUSTICE, II, and<br>CATHY L. JUSTICE<br><br>　　　　Defendants. | Case No. 5:25-cv-_____ |

## COMPLAINT FOR FEDERAL TAXES

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income tax assessments, including statutory additions, owed by Defendants James C. Justice, II, and Cathy L. Justice.

### Jurisdiction and Venue

1.　　The Plaintiff is the United States of America.

2.　　The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345 and 26 U.S.C. § 7402.

3.　　Venue is proper in the Southern District of West Virginia pursuant to 28 U.S.C. §§ 1391 and 1396. Defendants James C. Justice, II, and Cathy L. Justice, reside in Lewisburg, Greenbrier County, West Virginia, which is also where the tax liabilities at issue accrued.

4.　　Upon information and belief, the Taxpayer Defendants, James C. Justice, II, and Cathy L. Justice, maintain an address in Lewisburg, West Virginia.

**Count I: Collect Federal Income Tax Assessments against Defendants**

5. A delegate of the Secretary of Treasury properly and timely made income tax assessments against Defendants James C. Justice, II, and Cathy L. Justice as follows:

| Assessment Type | Tax Period Ending | Dates of Assessments | Amounts of Assessments | Outstanding Balance (as of Aug. 4, 2025) |
|---|---|---|---|---|
| Income Tax (Form 1040) | 12/31/2009 | 11/25/2015 | $319,683.00 $32,445,072.00 | $5,164,739.75 |

6. Penalties and interest have accrued according to law on the unpaid balance of assessments set forth in Paragraph 5, and will continue to accrue until paid in full.

7. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 5, to Defendants James C. Justice, II, and Cathy L. Justice, and made demand for payment of those assessments.

8. Despite notice and demand for payment of the assessments set forth in Paragraph 5, Defendants James C. Justice, II, and Cathy L. Justice have neglected or refused to make full payment of those assessments to the United States.

9. As of August 4, 2025, with respect to the assessments described in Paragraph 5, Defendants James C. Justice, II, and Cathy L. Justice are indebted to the United States in the amount of **$5,164,739.75** for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law for the 2009 tax year.

**Prayer for Relief**

WHEREFORE, the United States respectfully prays that this Court:

A.      As to Count I, enter judgment in favor of the United States and against Defendants James C. Justice, II, and Cathy L. Justice with respect to the unpaid federal income tax liabilities for the 2009 tax year, described in Paragraph 5, above, in the amount of **$5,164,739.75** as of August 4, 2025, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

B.      Award the United States its costs incurred in prosecuting this action; and

C.      Such other and further relief as the Court deems just and proper.

Dated: November 24, 2025

> */s/ Emily K. McClure*
> EMILY K. MCCLURE
> KY Bar No. 97725
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 227
> Washington, D.C. 20044
> 202-353-7509 (v)
> 202-514-6866 (f)
> emily.k.mcclure@usdoj.gov